[No. 41544-5-II.   Division Two.   May 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LEEANNA WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00363-0, Kenneth D. Williams, J., entered November 4, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, C.J., and Van Deren, J.

[No. 41646-8-II.   Division Two.   May 22, 2012.]

RICHARD ANDERSON, *Appellant*, v. WEYERHAEUSER COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 09-2-01637-0, Carol Murphy, J., entered December 10, 2010. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 41648-4-II.   Division Two.   May 22, 2012.]

*In the Matter of the Parentage of* M.J.

DANIEL JONES, *Respondent*, v. VERONICA THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-3-00069-0, Frederick W. Fleming, J., entered December 23, 2010. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 42379-1-II.   Division Two.   May 22, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL V. BODINE, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 10-1-00047-8, Michael J. Sullivan, J., entered July 8, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Van Deren, J.